```
                    CRIMINAL CAUSE FOR BAIL HEARING
```

BEFORE: Bianco, J.

DATE: 10/3/2014        TIME: 11:30 p.m.        Time in court: 30 min.

DOCKET NUMBER:  CR 12-0432    TITLE: USA v. Eric Stanley Jacobson

DEFT NAME: Eric Jacobson                DEFT: # 1
 X  PRESENT  ___ NOT PRESENT  X  IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Bruce Barket
 X  PRESENT    ___ NOT PRESENT        X  RETAINED    ___ C.J.A.
                                      ___ FED. DEF. OF NY, INC.

A.U.S.A. Lara Gatz                DEPUTY CLERK: Michele Savona

PROBATION: _____

COURT REPORTER: __ P. AUERBACH ___ E. COMBS ___ P. LOMBARDI
 X  H. RAPAPORT ___ M. STEIGER ___ D. TURSI ___ O. WICKER ___ S. PICOZZI

OTHER _____

INTERPRETER: _____


 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO
    _____

___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-        START DATE: 10/3/13 XSTRT
                         STOP DATE:  3/17/14 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 3/17/14 at 1:00 p.m.

 X  DEFT. CONTINUED IN CUSTODY.

 X  JURY SELECTION & TRIAL SCHEDULED FOR 3/17/14 at 9:30 a.m.

 X  MOTIONS TO BE MADE BY 11/18/13

 X  RESPONSE BY GOVERNMENT BY 12/18/13

 X  REPLY IF ANY BY 1/3/14

 X  HEARING SET FOR: 2/7/14 at 1:00 p.m.

___ FINAL PRETRIAL CONFERENCE SET FOR _____

| | |
|---|---|
| x | OTHER: <u>Motion for bail is denied. (Doc. #64) Decision made on the record.</u> |